UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ENGINEERS UNION LOCAL 444 I.U.E.-C.W.A.,     JUDGMENT
A.F.L.-C.I.O.,     03-CV- 2460 (DLI)

                        Plaintiff,

    -against-

NAVIGATION and GRAVITY SYSTEMS,

                        Defendant.
-------------------------------------------------------------------X

       An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 1, 2005, dismissing the action for failure to prosecute; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered dismissing the action for failure to prosecute.


Dated: Brooklyn, New York                         Robert C. Heinemann
        September 02, 2005                     Clerk of Court

                                       By: _____
                                               Terry Vaughn
                                               Chief Deputy Clerk
                                               for Operations